UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80152-CR-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ORLIN HUMBERTO ALVAREZ-MARTINEZ**,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOLLOWING CHANGE OF PLEA HEARING [ECF NO.25]

THIS CAUSE came before the Court on Magistrate Judge William Matthewman's Report and Recommendations on Change of Plea, entered on January 17, 2025 [ECF No. 25]. To date, no party has filed an objection, and the time to do so has passed.

THIS COURT has reviewed Judge Matthewman's Report and Recommendations and the pertinent portions of the record, and, being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 25]** is **AFFIRMED AND ADOPTED**, Defendant, Orlin Humberto Alvarez-Martinez's change of plea is accepted, and Defendant is adjudicated guilty of the sole count of the Indictment.

A Sentencing Hearing will be set by separate Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 24th day of January, 2025.

                                                   **MELISSA DAMIAN**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge William Matthewman